No. 99–6104.  NOBLE v. UNITED STATES.  C. A. 4th Cir.  Certiorari denied.

No. 99–6107.  DEL PILAR REYNOSO v. UNITED STATES.  C. A. 8th Cir.  Certiorari denied.

No. 99–6109.  LINDSEY v. UNITED STATES.  C. A. 11th Cir.  Certiorari denied.

No. 99–6111.  ANDERSON v. UNITED STATES.  C. A. 11th Cir.  Certiorari denied.

No. 99–6112.  POWERS v. UNITED STATES.  C. A. 5th Cir.  Certiorari denied.

No. 99–6117.  LANGWORTHY v. DEAN ET AL.  C. A. 4th Cir.  Certiorari denied.

No. 99–6124.  JACKSON v. UNITED STATES.  C. A. 4th Cir.  Certiorari denied.

No. 99–6133.  RONCONE v. NEW JERSEY.  Super. Ct. N. J., App. Div.  Certiorari denied.

No. 99–6134.  SAUCEDO MENDOZA v. UNITED STATES.  C. A. 6th Cir.  Certiorari denied.

No. 99–6141.  BUSTAMANTE TOBON v. UNITED STATES.  C. A. 11th Cir.  Certiorari denied.

No. 99–6144.  BOONE v. UNITED STATES.  C. A. 4th Cir.  Certiorari denied.

No. 99–6148.  HUBBARD v. UNITED STATES.  C. A. 10th Cir.  Certiorari denied.

No. 99–6152.  DEERING, AKA WILLIAMS v. UNITED STATES.  C. A. 8th Cir.  Certiorari denied.

No. 99–6154.  HART, AKA MAJOR, AKA GORDEN v. UNITED STATES.  C. A. 3d Cir.  Certiorari denied.

No. 99–6155.  GRAHAM v. UNITED STATES.  C. A. 4th Cir.  Certiorari denied.

No. 99–6160.  BOUTHOT v. UNITED STATES.  C. A. 1st Cir.  Certiorari denied.